# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000　Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

June 5, 2007

**VIA FACSIMILE**

Judge Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> RECEIVED
> JUN - 5 2007
> CHAMBERS OF
> RICHARD J. HOLWELL

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/8/07

　　Re:　Lucille Orillaneda v. The French Culinary Institute a/k/a Bear Cove, LLC
　　　　Docket No.: 07 CV 3206
　　　　Our File No.: 00469.10507

Dear Judge Holwell:

　　This firm represents defendant, The French Culinary Institute a/k/a Bear Cove, LLC, in the above captioned matter. We respectfully request an extension of time in which to serve our response, which was originally scheduled to be served by June 6, 2007, until June 25, 2007. This is our first such request. Plaintiff's counsel has fully consented to this extension of time, and we have agreed not to challenge plaintiff's service of the complaint.

　　Accordingly, defendant respectfully requests that this Court extend defendant's time to respond until June 25, 2007

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

　　　　　　　　　　　　　　　　　　*Laura E. Evangelista*

　　　　　　　　　　　　　　　　　　Laura E. Evangelista

*Application Granted*

*SO ORDERED*
*[signature]*
*USDJ*
*6/7/07*

File No.:
Page 2

cc:  Elizabeth A. Mason
     Attorney for Plaintiff
     Law Offices of Elizabeth A. Mason
     45 Rockefeller Plaza, 20th Floor
     New York, New York 10111
     Fax: (212) 332-7591