UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LUCILLE ORILLANEDA,                                          :

                Plaintiff,                                :

                - against -                             :

THE FRENCH CULINARY INSTITUTE a/k/a :
BEAR COVE, LLC,

                Defendants.                           :

------------------------------------------------------------ x

CASE NO.: 07 CV 3206

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for **THE FRENCH CULINARY INSTITUTE, d/b/a INTERNATIONAL CULINARY CENTER, LLC, sued herein as THE FRENCH CULINARY INSTITUTE a/k/a BEAR COVE, LLC ("FCI")** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

2871306.1

**Dated:** New York, New York
June 29, 2007

                                                                WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
**Laura E. Evangelista (LE-4770)**
Attorneys for Defendants
**THE FRENCH CULINARY INSTITUTE,
d/b/a INTERNATIONAL CULINARY
CENTER, LLC, sued herein as THE
FRENCH CULINARY INSTITUTE a/k/a
BEAR COVE, LLC ("FCI")**
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
File No. 00469.10507

TO:

Elizabeth A. Mason
Attorney for Plaintiff
Law Offices of Elizabeth A. Mason, LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
(212) 332-7590

2871306.1