UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

LUCILLE ORILLANEDA,  :

                Plaintiff,  :

          - against -  :

THE FRENCH CULINARY INSTITUTE a/k/a  :
BEAR COVE, LLC,

              Defendants.  :

                                                                     :

-------------------------------------------------------- x

CASE NO.: 07 CV 3206

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the above named defendant, **THE FRENCH CULINARY INSTITUTE, d/b/a INTERNATIONAL CULINARY CENTER, LLC, sued herein as THE FRENCH CULINARY INSTITUTE a/k/a BEAR COVE, LLC ("FCI")**, hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendant. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

    Ricki E. Roer
    Laura E. Evangelista
    **WILSON, ELSER, MOSKOWITZ,**
    **EDELMAN& DICKER LLP**
    150 East 42nd Street
    New York City, New York 10017
    Telephone: (212) 490-3000
    Facsimile: (212) 490-3038

2871394.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
Laura E. Evangelista (LE-4770)
Attorneys for Defendant
**THE FRENCH CULINARY INSTITUTE, d/b/a INTERNATIONAL CULINARY CENTER, LLC, sued herein as THE FRENCH CULINARY INSTITUTE a/k/a BEAR COVE, LLC ("FCI")**
150 East 42nd Street
New York, New York 10017
Our File No.: 00469.10507

2871394.1