
522463

| INDEX NO: 3206/07 |
| FILE DATE: 4/20/2007 |
| ATTY: ELIZABETH MASON |
| 45 ROCKEFELLER PLAZA |
| 20TH FLOOR |
| NEW YORK, NY 10111 |

UNITED STATES DISTRICT COURT SOUTHERN

STATE OF NEW YORK: COUNTY OF SOUTHERN

EPS No: 510415
Attorney File No:
Batch No: 0

LUCILLE ORILLANEDA   Plaintiff(s)

- against -

THE FRENCH CULINARY INSTITUTE A/K/A BEAR COVE, LLC   Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
YOLER JEAN BAPTISTE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/17/2007 at 2:45PM at 462 BROADWAY, NEW YORK, NY, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on THE FRENCH CULINARY INSTITUTE A/K/A BEAR COVE, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with THE FRENCH CULINARY INSTITUTE A/K/A BEAR COVE, LLC and that the deponent knew the person so served to be the GENERAL AGENT, K. ENDY, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: 30 | Approximate weight: 140 | Approximate height: 5'5" |
| Color of skin: WHITE | Color of hair: BROWN | Sex: F |

Sworn to before me on 5/18/2007

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016356 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

LUCILLE ORILLANEDA
        Plaintiff,  :  CIVIL CASE NUMBER:

      -against-  :  **SUMMONS IN A CIVIL ACTION**

THE FRENCH CULINARY INSTITUTE
a/k/a BEAR COVE, LLC   :   **07 CV 3206**

        Defendant.
_____x

**JUDGE HOLWELL**

**TO THE ABOVE NAMED DEFENDANTS:**

This Document is a Summons.

Each one of you named above is summoned and required to serve any answer to the complaint that was served along with this summons. Each of you must serve your answer to this complaint within 20 days after service of this summons on you. The 20-day period for your answer does not include the day on which you were served with this summons.

Your answer to the complaint must be served on Elizabeth A. Mason, whose address is Law Offices of Elizabeth A. Mason, LLC, 45 Rockefeller Plaza, 20th Floor, New York, New York 10111. Elizabeth A. Mason is the attorney for Plaintiff Lucille Orillaneda in this matter. If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint, regardless of what happens with or to any of the other defendants listed above.

**J. MICHAEL McMAHON**
_____
Clerk of the Court

_[signature]_
Deputy Clerk

APR 2 0 2007
_____
Date

TO:    For Defendant's Names and Addresses See Attachment Made a Part Hereof

## ATTACHMENT

Defendant

The French Culinary Institute
a/k/a Bear Cove, LLC
462 Broadway
New York, New York