USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUCILLE ORILLANEDA,

                Plaintiff,

-against-

THE FRENCH CULINARY INSTITUTE,

                Defendant.

------------------------------------------------------------x

07 Civ. 03206 (RJH)

**ORDER**

       The pretrial conference scheduled for July 27, 2007 is rescheduled to August 01, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

                                              _____
                                              Richard J. Holwell
                                              United States District Judge