Law Offices
**Elizabeth A. Mason, LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel. (212) 332-7590
Fax. (212) 332-7591

July 26, 2007

Via Electronic Filing
Honorable Richard J. Holwell
United States Courthouse for Southern District
500 Pearl Street
Courtroom 17B
New York, New York 10007

    Re:  Orillaneda v. The French Culinary Institute a/k/a Bear Cove, LLC
          Docket 07 CV 3206 (RJH)

Dear Judge Holwell:

    I am writing to respectfully request an adjournment of the Pretrial Conference scheduled for August 1, 2007, to the week of August 20, 2007. I have spoken to Ms. Laura Evangelista, who is counsel for the Defendant. She has given her consent and suggested the week of August 20, 2007 for rescheduling. This is Plaintiff's first request, which was necessitated by my needing to take care of pressing family matters. Please also be advised that the parties are working on the proposed scheduling order.

    In closing, I thank you for your consideration of this request.

               Very truly yours,

               /s/  Elizabeth A. Mason

               Elizabeth A. Mason (x0786)

cc:  Laura Evangelista, Esq.