UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*X

|  |  |
|---|---|
|  | \* MINUTES FOR THE CAPTIONED: |
|  | \* Lucille Orillaneda -V- The French Culinary Institute |
| Lucille Orillaneda | \* 2007 CV 03206 (RJH) |
| - VS - | \* |
|  | \* DATE : 09 / 06 / 07 |
| The French Culinary Institute | \* HON: RICHARD J. HOLWELL |
|  | \* U.S.D.J. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*X
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

( 1. ) FOR THE PLAINTIFF :
**Lucille Orillaneda**
Elizabeth A. Mason
Mason & Breitenecker, LLO
45 Rockefeller Plaza
New York, NY 10111
Tel: 212-332-7590
Fax: 212-332-7591

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

( 1. ) FOR THE DEFENDANT :
**The French Culinary Institute**
Laura E. Evangelista
Richi E. Roer
Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.
150 East 42nd Street
New York, N.Y. 10017
Tel: 212-490-3000
Fax: 212-490-3038

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Scheduling Order Requirements

1. Description of the Case

    a. Attorneys of Record for Each Party

    >   Elizabeth A. Mason, Esq.
    >   Law Offices of Elizabeth A. Mason, LLP
    >   45 Rockefeller Plaza, 20th Floor
    >   New York, New York 10111
    >   Attorney for Plaintiff

    >   Ricki E. Roer, Esq.
    >   Laura E. Evangelista, Esq.
    >   Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    >   150 East 42nd Street
    >   New York, NY 10017
    >   Attorney for Defendant

    b. Basis for Federal Jurisdiction

    >   Subject Matter Jurisdiction: Title VII and Family and Medical Leave Act

    c. Brief Description of Claims in Complaint

    >   Plaintiff alleges pregnancy discrimination under Federal, State and City law based upon her being terminated the day she returned to work after taking time off to become pregnant through in vitro fertilization, a medical procedure plaintiff alleges that defendant knew plaintiff was undergoing. Plaintiff also alleges the violation of her rights under the Family Medical Leave Act, based upon defendant's termination of her employment because of her taking time off to undergo in vitro fertilization.

    d. The Major Legal and Factual Issues in the Case

    >   Whether plaintiff was discriminated against and wrongfully terminated due to her intent to become and/or her pregnancy; and whether plaintiff suffered emotional distress, loss of income or loss of benefits as a result of the termination of plaintiff's employment.

    e. Describe the Relief Sought

> Plaintiff is seeking monetary damages in the form of back pay, front pay, interest, loss of benefits, compensatory damages including emotional distress and humiliation, attorneys' fees, costs and expenses associated with the filing of this lawsuit, and such other damages arising out of the defendant's conduct.

2. Proposed Case Management Plan

    a. There are no pending motions.

    b. Cutoff date for Joinder: October 2007. ~~c~~ **10/01/07**

    c. Cutoff date for amendment to pleadings: November 2007. **10/01/07**

    d. Proposed Schedule for Completion of Discovery

        i. Date for Rule 26(a)(1) disclosures: ~~August 14~~ **Sept. 20**, 2007.
        ii. Fact discovery completion date: ~~December~~ 31, 2007.
        iii. Rule 26(a)(2) disclosures: **January**
            1. Plaintiff: December 31, 2007.
            2. Defendant: January 15, 2007.
        iv. Expert Discovery Completion Date: February 28, 2007
        v. Delivery of Expert Reports:
            1. Plaintiff: January 31, 2008.
            2. Defendant: February 28, 2008.

    e. Proposed date for Filing Dispositive Motions: ~~March 31~~ **April 30**, 2008

    f. Proposed date for filing final Pretrial Order: To be determined ~~pending a decision on defendant's anticipated dispositive motion.~~

    g. Proposed date for trial schedule: To be determined pending a decision on defendant's anticipated dispositive motion.

        i. A jury trial has been requested
        ii. Probable length of trial is estimated to be less than five days.
        iii. When case is ready for trial: To be determined pending a decision on defendant's anticipated dispositive motion.

3. Consent to Proceed before a Magistrate Judgment: No.

4. Status of Settlement Discussions:

    a. Whether settlement discussions have occurred: ~~no~~ **yes**

(Next PTC 03/07/08 @ 10:00AM)

2893078.1

b. Status of any settlement discussions: N/A

c. Whether parties request a settlement conference: No.

- A status conference shall be held on March 7, 2008 at 10:00 am.

SO ORDERED

USDJ
9/6/07

2893078.1