# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany ● Baltimore ● Boston ● Chicago ● Dallas ● Garden City ● Houston ● Las Vegas ● London ● Los Angeles ● McLean*
*Miami ● Newark ● New York ● Orlando ● Philadelphia ● San Diego ● San Francisco ● Stamford ● Washington, DC ● White Plains*
*Affiliates:  Berlin ● Cologne ● Frankfurt ● Munich ● Paris*

---

www.wilsonelser.com

January 18, 2008

**VIA FACSIMILE**

Judge Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Lucille Orillaneda v. The French Culinary Institute a/k/a Bear Cove, LLC
            Docket No.:  07 CV 3206
            Our File No.: 00469.10507

Dear Judge Holwell:

      This firm represents defendant The French Culinary Institute a/k/a Bear Cove, LLC, ("FCI") in the above captioned matter, and we write on behalf of both FCI and plaintiff.  The parties respectfully request an extension of time in which to complete discovery.  The fact discovery period is scheduled to end on January 31, 2008, and we request an extension of sixty (60) days, until March 31, 2008.  Accordingly, we propose that the revised scheduling order as follows:

- Fact discovery completion date March 31, 2008.

- Expert discovery completion date April 30, 2008.

- Delivery of expert reports:

    o   Plaintiff March 31, 2008

    o   Defendant April 30, 2008

- Proposed date for filing dispositive motions June 30, 2008.

File No.: 00469.10507
Page 2

      This is our first such request.   We thank you for your consideration of this joint request.

                                      Respectfully Submitted,

                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                                s/

                                       Shivani Soni

cc:    Elizabeth A. Mason
        Attorney for Plaintiff
        Law Offices of Elizabeth A. Mason
        45 Rockefeller Plaza, 20th Floor
        New York, New York 10111
        Fax: (212) 332-7591