UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Lucille Orillaneda

                    Plaintiff,

      -against-

The French Culinary Institute    Defendant.

-----------------------------------------------------------------x

07 CIVIL 3206 (RJH)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Shivani Soni (SS0870)

☑ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SS 0870

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: New York City Law Dept, 100 Church St NY, NY 10007

    To: Wilson Elser Moskowitz Edelman & Dicker, LLP.

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* 150 East 42nd Street, NY, NY 10017-5639

☑ *Telephone Number:* (212) 490-3000 x. 2113

☑ *Fax Number:* (212) 490-3038

☑ *E-Mail Address:* Shivani.Soni@wilsonelser.com

Dated: January 31, 2008