# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

January 18, 2008

RECEIVED
JAN 22 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

Judge Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

Re:   Lucille Orillaneda v. The French Culinary Institute a/k/a Bear Cove, LLC
      Docket No.: 07 CV 3206
      Our File No.: 00469.10507

Dear Judge Holwell:

This firm represents defendant The French Culinary Institute a/k/a Bear Cove, LLC, ("FCI") in the above captioned matter, and we write on behalf of both FCI and plaintiff. The parties respectfully request an extension of time in which to complete discovery. The fact discovery period is scheduled to end on January 31, 2008, and we request an extension of sixty (60) days, until March 31, 2008. Accordingly, we propose that the revised scheduling order as follows:

- Fact discovery completion date March 31, 2008.

- Expert discovery completion date April 30, 2008.

- Delivery of expert reports:

    o Plaintiff March 31, 2008

    o Defendant April 30, 2008

- Proposed date for filing dispositive motions June 30, 2008.

3096860.1

File No.: 00469.10507
Page 2

This is our first such request. We thank you for your consideration of this joint request.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Shivani Soni*

Shivani Soni

cc: Elizabeth A. Mason
Attorney for Plaintiff
Law Offices of Elizabeth A. Mason
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Fax: (212) 332-7591

Application Granted.
No further extensions.
The status conference scheduled for 3/12/08 is adjourned to May 15, 2008 at 10:30 AM

SO ORDERED

*[signature]*
USDJ
2/1/07

3096860.1