# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com



May 20, 2008

**VIA FACSIMILE AND ECF**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Lucille Orillaneda v. The French Culinary Institute
      a/k/a Bear Cove, LLC
      Docket No.      :   07 CV 3206
      Our File No.    :   00469.10507

Dear Judge Holwell:

This firm represents defendant The French Culinary Institute a/k/a Bear Cove, LLC, ("FCI") in the captioned matter. We write to request judicial intervention with respect to outstanding discovery disputes, which persist despite defendant's good faith efforts to resolve these issues. Discovery is scheduled to close on May 31, 2008 and a status conference is scheduled for June 10, 2008.

On April 25 and May 12, 2008, we wrote to plaintiff's counsel setting forth plaintiff's discovery deficiencies which include plaintiff's failure to: (1) sufficiently respond to Defendant's Second Set of Document Demands, (2) verify her responses to Defendant's First Set of Interrogatories, and (3) provide responsive documents to defendant's requests regarding her allegations. Additionally, we left several voicemail messages for plaintiff's counsel during the week of May 12, 2008 and on May 19 and 20, 2008, regarding various discovery issues. To date, plaintiff's counsel has not returned any of our telephone calls or responded to our April 25th or May 12th letters.

As there are depositions scheduled for May 21 and for May 29, 2008 (pending confirmation from plaintiff's counsel) and discovery is set to close on May 31, 2008, defendant respectfully requests the Court's assistance in resolving these outstanding discovery issues.

3234021.3

File No.: 00469.10507
Page 2

Thank you for your consideration of this request.

                  Respectfully submitted,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                          Shivani Soni

cc:  Elizabeth A. Mason (via facsimile)
      Attorney for Plaintiff
      Law Offices of Elizabeth A. Mason
      45 Rockefeller Plaza, 20th Floor
      New York, New York 10111

> The parties are directed to meet and confer on discovery disputes prior to the June 10 conference.
>
> SO ORDERED
>
> [signature]
> USDJ
> 5/28/08

3234021.3